## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **GARY ZIERKE, JR.,** | ) | **CASE NO. 4:11CV3177** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **KOREY L. REIMAN, Reiman Law** | ) | |
| **Firm,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on its own motion.  On October 17, 2011, Plaintiff filed his Complaint along with a Motion for Leave to Proceed In Forma Pauperis ("IFP"). (Filing Nos. 1 and 3.)  However, due to certain technical defects, the Complaint cannot be further processed until such defects are corrected.  To assure further consideration of the Complaint, Plaintiff must correct the defect listed below.  **FAILURE TO CORRECT THE DEFECT WILL RESULT IN DISMISSAL OF THE COMPLAINT**.

Plaintiff did not include a copy of his prison trust account statement with his IFP Motion.  *See* 28 U.S.C. § 1915(a)(2), (requiring a "prisoner seeking to bring a civil action . . . without prepayment of fees" to "submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined").  Accordingly, Plaintiff shall have until February 17, 2012, to either tender the $350.00 fee to the Clerk of the court or submit a prison trust account statement in accordance with 28 U.S.C. § 1915(a)(2).

IT IS THEREFORE ORDERED that:

1.     Plaintiff is directed to correct the above-listed technical defect in the Complaint on or before **February 17, 2012;** and

   2.     Failure to comply with this Memorandum and Order will result in dismissal of this matter without further notice.

DATED this 25th day of January, 2012.

                              BY THE COURT:


                              s/Laurie Smith Camp
                              Chief United States District Judge

---

   *This opinion may contain hyperlinks to other documents or Web sites.  The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

2